**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTOPHER A. ROGALSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 2:25-CV-05881 |
| ANDREW J. AMOROSO, *et al* | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## ORDER

AND NOW, this 3rd day of February, 2026, upon consideration of Defendant Andrew J. Amoroso's Motion to Dismiss, ECF No. 6, and the responses thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED as follows:

1. The Court construes *pro se* Plaintiff's Complaint, ECF No. 1-1, as asserting both a federal and state malicious prosecution claim as well as a state official oppression claim. Plaintiff's federal malicious prosecution claim is DISMISSED WITHOUT PREJUDICE.

2. The remainder of Plaintiff's case, containing the state malicious prosecution and state official oppression claims, is REMANDED to the Bucks County Court of Common Pleas.

3. Plaintiff's Motion to Add Party and Amend Complaint, ECF No. 16, filed on this same day, is DENIED as moot.

**IT IS SO ORDERED.**

**BY THE COURT:**


*/s/ John Milton Younge*

**Judge John Milton Younge**